## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH-SCW<br><br>MDL No. 2385 |

**This Document Relates to:**

| | | |
|---|---|---|
| *Vernie Bargo, Individually and as Administrator for the Estate of Jennie Mills* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp. Boehringer Ingelheim Vetmedica, Inc.* | MDL 3:12-cv-50028 |
| *Calvin D. Biddix* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp. Boehringer Ingelheim Vetmedica, Inc.* | MDL 3:12-cv-50020 |
| *John Bishop and Laura Bishop* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp. Boehringer Ingelheim Vetmedica, Inc.* | MDL 3:12-cv-50014 |
| *William Bohl* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp.* | MDL 3:12-cv-50024 |

| | | | |
|---|---|---|---|
| *Esther L. Ciambro* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50021** |
| *Betty Corirossi* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp.* | **MDL 3:12-cv-50019** |
| *Brenda Lee Crosby, Individually and as the Representative of the Estate of Rose Marie Martin, Deceased* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50010** |
| *Carl Ecklund and Joan Ecklund* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim  Roxane, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Pharma GmbH & Co. KG Boehringer Ingelheim International GmbH Bidachem S.P.A.* | **MDL 3:12-cv-60007** |
| *Khaleel Elahee and Sarah Elahee* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50015** |
| *Nancye Farley and James Farley* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp.* | **MDL 3:12-cv-60056** |

|   |   |   |   |
|---|---|---|---|
| | | *Boehringer Ingelheim Vetmedica, Inc.* | |
| *John Fontana* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Fremont, Inc. Boehringer Ingelheim Pharma GmbH & Co. KG Boehringer Ingelheim International GmbH Bidachem S.P.A* | **MDL 3:12-cv-60084** |
| *Melvin Giles, Jr., Individually and as Representative of the Estate of Melvin Giles, Sr., Deceased* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Vetmedica, Inc. Boehringer Ingelheim Pharma GmbH & Co. KG Boehringer Ingelheim International GmbH* | **MDL 3:12-cv-60014** |
| *Claire Gornetsky* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50022** |
| *Dolly Groves* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp.  Boehringer Ingelheim USA  Corp.* | **MDL 3:12-cv-50023** |
| *Roy Brown Heady* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA  Corp.* | **MDL 3:12-cv-60034** |

3

| | | | |
|---|---|---|---|
| | | *Boehringer Ingelheim Vetmedica, Inc.* | |
| *Phyllis Kekich* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.*<br>*Boehringer Ingelheim Corp.*<br>*Boehringer Ingelheim USA  Corp.*<br>*Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50009** |
| *Mary Ann Krszal and William Krszal* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.*<br>*Boehringer Ingelheim Corp.*<br>*Boehringer Ingelheim USA Corp.,*<br>*Boehringer Ingelheim International GmbH*<br>*Boehringer Sohn AG & Co. KG Pharmaceuticals, Inc.*<br>*Boehringer Ingelheim Auslandsbeteiligungs GmbH*<br>*Boehringer Sohn Grundstucksverwaltung GmbH & CO* | **MDL 3:12-cv-60085** |
| *Anthony L. Kujawski, Individually and as Personal Representative of the Estate of Margaret Kujawski, Deceased* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.*<br>*Boehringer Ingelheim Corp.*<br>*Boehringer Ingelheim USA  Corp.*<br>*Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-60055** |
| *John A. Lagoe* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.*<br>*Boehringer Ingelheim Corp.*<br>*Boehringer Ingelheim USA Corp.*<br>*Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50030** |

| | | | |
|---|---|---|---|
| *Colleen MacGilvray and Roger MacGilvray, Jr., Individually and as Personal Representatives of the Estate of Roger MacGilvray, Sr., Deceased* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50029** |
| *William Martin* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp.; Boehringer Ingelheim USA Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50016** |
| *Stacy McCoy and Dawn McCoy, individually and as attorney in fact for their Mother Constance Love* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50013** |
| *Richard Milazzo* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50018** |
| *Roy Pulse, Individually and as Representative of the Estate of Violet Pulse, Deceased* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50026** |
| *Heather Schaufelberger, On Behalf of Yoka Schaufelberger,* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp.* | **MDL 3:12-cv-50025** |

| | | | |
|---|---|---|---|
| *Deceased* | | *Boehringer Ingelheim Vetmedica, Inc.* | |
| *Arthur Schemerhorn* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.* *Boehringer Ingelheim Corp.* *Boehringer Ingelheim USA  Corp.* *Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-5002** |
| *Lynn Schofield* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.* *Boehringer Ingelheim Corp.* *Boehringer Ingelheim USA  Corp.* *Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50017** |
| *Amanda Scott, Individually and as Representative of the Estate of Ray Herndon Celsor, Deceased* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.  Boehringer Ingelheim Corp.* *Boehringer Ingelheim USA Corp.* *Boehringer Ingelheim Vetmedica, Inc. Boehringer Ingelheim Pharma GmbH & Co. KG  Boehringer Ingelheim  International GmbH* | **MDL 3:12-cv-60029** |
| *Bobby D. Sessoms and Ruby J. Sessoms* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.  Boehringer Ingelheim Pharma GmbH & Co. KG Boehringer Ingelheim International GmbH  Bidachem S.P.A.* *Boehringer Ingelheim  Corp.* *Boehringer Ingelheim USA Corp.* | **MDL 3:12-cv-60012** |
| *Kathryn Jospine Spitz* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.* *Boehringer Ingelheim Corp.* *Boehringer Ingelheim USA Corp.* *Boehringer Ingelheim International GmbH* *Boehringer  Sohn AG & Co. KG Pharmaceuticals, Inc.* | **MDL 3:12-cv-60086** |

*BI Auslandsbeteiligungs GmbH*
*Boehringer Sohn*
*Grundstucksverwaltung GmbH &*
*CO*

| | | | |
|---|---|---|---|
| *Arnold Sykes* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.* *Boehringer Ingelheim Corp.* *Boehringer Ingelheim USA Corp.* *Boehringer Ingelheim Vetmedica, Inc.* *Boehringer Ingelheim  Pharma GmbH & Co. KG* *Boehringer Ingelheim International GmbH* | **MDL 3:12-cv-60005** |
| *Robert Webber, Individually and on Behalf of All Wrongful Death Beneficiaries of Lillian Webber, Deceased, and the Estate of Lillian Webber, By and Through Robert Webber, Executor* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc.  Boehringer Ingelheim Corp.* *Boehringer Ingelheim USA Corp.* *Boehringer Ingelheim Vetmedica, Inc.* *Boehringer Ingelheim Pharma GmbH & Co. KG* *Boehringer Ingelheim International GmbH* | **MDL 3:12-cv-60058** |
| *Lois Williams, Individually and as the Representative of the Estate of Elbert Williams, Deceased* | *v.* | *Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp.* *Boehringer Ingelheim USA  Corp.* *Boehringer Ingelheim Vetmedica, Inc.* | **MDL 3:12-cv-50011** |

| | | |
|---|---|---|
| *Sharon Williams Individually and as Legal Guardian of the Person and Estate of Roy Graybeal, an Incapacitated Person* | *v. Boehringer Ingelheim Pharmaceuticals, Inc. Boehringer Ingelheim Corp. Boehringer Ingelheim USA Corp. Boehringer Ingelheim Roxane Inc. Boehringer Ingelheim Pharma GmbH & Co. KG Boehringer Ingelheim International GmbH Bidachem S.P.A.* | **MDL 3:12-cv-60067** |

## CONSENT ORDER DISMISSING BOEHRINGER INGELHEIM VETMEDICA, INC., BOEHRINGER INGELHEIM ROXANE, INC., BOEHRINGER INGELHEIM CORPORATION AND BOEHRINGER INGELHEIM USA CORPORATION WITHOUT PREJUDICE

Based on the agreement of the Parties, the Court hereby Orders as follows:

1.      In the actions listed above, the Court dismisses all claims against Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Corporation, and/or Boehringer Ingelheim USA Corporation without prejudice.

2.      Consistent with the provisions contained in Case Management Order 7 applicable to the tolling of the statute of limitations (CMO-7, ECF No. 43, entered 10/3/2012), the dismissal of the above-named entities is subject to the following:

a.      The statute of limitations applicable to plaintiffs' claims against Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim Corporation, and/or Boehringer Ingelheim USA Corporation will not expire until the

later of (i) the expiration of the then-existing statute of
limitations, (ii) on October 3, 2013, or (iii) as extended by
agreement of the Parties in writing.

b.      Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheim
Roxane, Inc., Boehringer Ingelheim Corporation, and
Boehringer Ingelheim USA Corporation expressly reserve all
jurisdictional defenses, including those previously raised by
motion in this Court in member actions 3:12-cv-50001
through 3:12-cv-50008.

c.      The tolling of the statute of limitations is without waiver of any
jurisdictional defenses of Boehringer Ingelheim Vetmedica,
Inc., Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim
Corporation, and/or Boehringer Ingelheim USA Corporation,
and each plaintiff expressly agrees that the tolling of such
limitations period shall not be raised in an effort to assert
jurisdiction over those entities in state or federal court in
Illinois or elsewhere.

d.      Should a plaintiff initiate and/or reinstate his or her claims
against one or more of Boehringer Ingelheim Vetmedica, Inc.,
Boehringer Ingelheim Roxane, Inc., Boehringer Ingelheim
Corporation, and/or Boehringer Ingelheim USA Corporation,

then counsel for those Defendants agrees, and is hereby

ordered, to execute a waiver of service as provided in Rule 4(d)

of the Federal Rules of Civil Procedure as a means of

eliminating the requirement for formal service of process

through the Uninvolved Defendants' registered agents.

**So Ordered:**

Digitally signed by
David R. Herndon
Date: 2012.12.07
16:26:08 -06'00'

**Chief Judge**                                    **Date:  December 7, 2012**
**United States District Court**